```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 17415
   WILLIAM F PEREZ
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-9284

--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 09/24/2007 and was not confirmed.

      The case was dismissed without confirmation 01/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER    9018.87           .00           .00
CAPITAL ONE               UNSEC W/INTER    2818.96           .00           .00
WELLS FARGO BANK          NOTICE ONLY    NOT FILED           .00           .00
WELLS FARGO BANK          NOTICE ONLY    NOT FILED           .00           .00
OPTION ONE MORTGAGE       CURRENT MORTG       .00            .00           .00
OPTION ONE MORTGAGE       MORTGAGE ARRE   36211.50           .00           .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER  NOT FILED           .00           .00
BALLYS TOTAL FITNESS ~    UNSEC W/INTER  NOT FILED           .00           .00
BALLYS TOTAL FITNESS ~    UNSEC W/INTER  NOT FILED           .00           .00
CAPITAL ONE               NOTICE ONLY    NOT FILED           .00           .00
COMPUTER CREDIT           UNSEC W/INTER  NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER    3418.76           .00           .00
NICOR GAS                 UNSEC W/INTER  NOT FILED           .00           .00
VERIZON WIRELESS          UNSEC W/INTER  NOT FILED           .00           .00
WASHINGTON MUTUAL/PROVID  UNSEC W/INTER  NOT FILED           .00           .00
COOK COUNTY TREASURER     SECURED          2500.00           .00           .00
SECOND START              DEBTOR ATTY     3,050.00                         .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                          --------------    --------------
TOTALS                         .00                .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 17415 WILLIAM F PEREZ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                     /s/ Tom Vaughn

Dated: 04/23/08                    _____
                                                                     TOM VAUGHN
                                                                     CHAPTER 13 TRUSTEE